**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALAN SOTOMAYOR-MIDEROS,** *Petitioner*, v. **MARKWAYNE MULLLIN, et al.,** *Respondents*. | **No. 1:26-cv-01948-LDH** **Order** |

On this day, April __24___, 2026, it is hereby ORDERED that Petitioner's Motion to Withdraw Habeas Petition Without Prejudice is GRANTED because Petitioner is pursuing voluntary departure or, in the alternative, a removal order from the United States and therefore will soon no longer be in the custody of Immigration and Customs Enforcement ("ICE"). The motion is withdrawn without prejudice, and the case is dismissed.

BY THE COURT

s/ **LDH** 4/24/2026
HONORABLE LASHANN DEARCY HALL
United States District Judge